UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG PHI LE (A-041-789-571),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, WARDEN, et al.,<br>Respondents. | No. 1:26-cv-7699-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 8) |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 2, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 8. Respondents filed objections to the findings and recommendations. ECF No. 9. However, in those objections, Respondents merely state that they object "[f]or the reasons set forth in Respondents' previous briefing." *Id.* Those arguments were addressed by the magistrate judge and have already been rejected by this court. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D.

Cal. Dec. 22, 2025), and *El-Ghazaly v. Chestnut,* 1:25-cv-01621-DC-CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4, 2025). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are ADOPTED;

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED as to claim four (due process and regulatory violation);

3. Petitioner Hung Phi Le (A-041-789-571) is IMMEDIATELY RELEASED from custody under the same conditions he was previously released in his November 15, 2012 Order of Supervision. At the time of release, respondents shall provide petitioner with a copy of these findings and recommendations, the district court's order ruling on these findings and recommendations, and return to petitioner all of petitioner's possessions, including petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.);

4. Respondents are enjoined and restrained from re-detaining petitioner absent compliance with constitutional protections, which include, at a minimum, compliance with the requirements of 8 C.F.R. § 241.13(i) for revocation of release, and any other applicable statutory and regulatory procedures;

5. Because petitioner is proceeding pro se, respondents are further directed to file a status report within seven (7) days from the date of this order;

6. The Clerk of the Court is directed to serve California City with a copy of this order; and

/////

/////

/////

7. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dena Coggins
United States District Judge